UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMD SALIM ABDESSAMED,

              Petitioner,              Case No. 26-11926

v.                                 Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

              Respondents.

_____/

## TEMPORARY RESTRAINING ORDER

Petitioner Mohamd Salim Abdessamed has moved for an emergency temporary restraining order. (ECF. No. 4.) On June 5, 2026, Department of Homeland Security Immigration and Custody Enforcement ("ICE") officers sought to detain Abdessamed. (ECF No. 1, PageID.8.) During ICE's pursuit of Abdessamed, he was impaled by a metal pole. (*Id.* at PageID.9.) Since June 5, 2026, Abdessamed has remained detained at Dearborn Corewell Hospital in Dearborn, Michigan, apparently in the custody of the Department of Homeland Security. (*Id.* at PageID.9–10.) Abdessamed has undergone multiple surgeries and may require additional, substantial medical care. (*Id.* at PageID.10.)

According to Abdessamed's counsel, the government served Abdessamed with an arrest warrant and a notice of custody determination, indicating that it may remove Abdessamed from the hospital and possibly from this district, which could occur before the Court can rule on Abdessamed's habeas petition. (ECF No. 1-11, PageID.87–88.)

Under these circumstances, imminent removal from the hospital and the district threatens to substantially moot Abdessamed's pending habeas petition before the Court can act and further injure Abdessamed. Therefore, the Court invokes its authority to grant a temporary restraining order to preserve the Court's jurisdiction and to maintain the status quo. *See AARP v. Trump,* 605 U.S. 91, 97 (2025) (holding that federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [ ] jurisdiction over the matter.").

Accordingly, the Court **ORDERS** as follows:

1. Abdessamed's motion for a temporary restraining order is **GRANTED IN PART** to maintain the status quo so that the Court may review the merits of the motion for temporary restraining

order (ECF No. 4) after Respondents respond. The Court reserves ruling on all other aspects of the motion.

2. Respondents are **PROHIBITED** from removing Abdessamed from Corewell Hospital in Dearborn without specific medical necessity to do so and **PROHIBITED** from removing Abdessamed from the Eastern District of Michigan, unless Respondents release Abdessamed from its detention.

3. Respondents must file a response to Abdessamed's motion for temporary restraining order by **7:00 p.m. on June 15, 2026**. No reply is permitted.

4. The security requirement of Fed. R. Civ. P. 65(c) is waived at this time.

**SO ORDERED.**

                                    **s/Jonathan J.C. Grey**
                                    Jonathan J.C. Grey

Dated: June 10, 2026, 9:45 a.m.     United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager